UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAVIGATORS INSURANCE COMPANY
and FUELCELL ENERGY, INC.,

        Plaintiffs,

        v.

MAHER TERMINALS, LLC, DHL
GLOBAL FORWARDING, and DANMAR
LINES, LTD.

        Defendants.

---

MAHER TERMINALS, LLC, DHL
GLOBAL FORWARDING, and DANMAR
LINES, LTD.,

        Third-Party Plaintiffs,

        v.

NATIONAL CARGO BUREAU INC. and
J. SUPOR & SON TRUCKING & RIGGING
CO. INC.,

        Third-Party Defendants.

**ORDER**

21 Civ. 8707 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for May 26, 2022, at 11:30 a.m. will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
           May 25, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge