UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY and FUELCELL ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAHER TERMINALS, LLC, DHL GLOBAL FORWARDING, and DANMAR LINES, LTD. <br><br> Defendants. | **ORDER OF DISMISSAL** <br><br> 21 Civ. 8707 (PGG) |
| MAHER TERMINALS, LLC, DHL GLOBAL FORWARDING, and DANMAR LINES, LTD., <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> NATIONAL CARGO BUREAU INC. and J. SUPOR & SON TRUCKING & RIGGING CO. INC., <br><br> Third-Party Defendants. | |

PAUL G. GARDEPHE, U.S.D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within forty-five days of this order, either party may apply by letter within the forty-five-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.  The Clerk

of Court is directed to close the case. Any pending dates and deadlines are adjourned <u>sine</u> <u>die</u>, and any pending motions are moot.

Dated: New York, New York
January 31, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge